[No. 34666-1-I. Division One. June 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP ARTHUR SMITH, *Appellant*.


Appeal from a judgment of the Superior Court for King County, No. 90-1-04093-0, Carmen Otero, J., entered May 25, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 34682-2-I. Division One. June 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES K. DECKER, *Appellant*.


Appeal from a judgment of the Superior Court for King County, No. 94-8-01151-2, Patricia H. Aitken, J., entered May 13, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 16044-7-II. Division Two. June 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN J. ACHTEN, *Appellant*.


Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00778-9, Karen B. Conoley, J., entered May 13, 1992. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.